# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, ) ) ) | |
| Plaintiff, ) | Civil Action No. 1:18-cv-00770 |
| v. ) ) | |
| JORGE L. PEREZ, *et al.*, ) ) | |
| Defendants. ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Pennsylvania Higher Education Agency ("PHEAA"), by and through its undersigned attorneys, no opposing party having served either an answer or a motion for summary judgment, hereby dismisses the above-captioned case WITHOUT PREJUDICE, pursuant to FED. RULE CIV. PRO. 41(a)(1)(A)(i).

Dated: July 2, 2018
/s/ *William Alden McDaniel, Jr.*
William Alden McDaniel, Jr.
  D.C. Bar No. 293746
  mcdanielw@ballardspahr.com

**BALLARD SPAHR LLP**
300 E. Lombard St., 18th Fl.
Baltimore, MD 21202
Tel.: (410) 528-5600
Fax: (410) 528-5650

John C. Grugan
  (admitted pro hac vice)
  gruganj@ballardspahr.com
Thomas F. Burke
  (admitted pro hac vice)
  burket@ballardspahr.com
Eleanor Bradley Huyett
  (admitted pro hac vice)
  bradleyem@ballardspahr.com

**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

*Counsel for Plaintiff Pennsylvania Higher Education Assistance Agency*

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2018, I oversaw the filing of a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice with the Court's electronic filing system, which will send copies to all counsel of record in this matter.

/s/ *William Alden McDaniel, Jr.*
William Alden McDaniel, Jr.
D.C. Bar No. 293746